UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENDA GONZALEZ,<br><br>  Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS,<br><br>  Defendant. | 2:12-CV-02143-PMP-CWH<br><br>ORDER |

Having read and considered Defendant Nevada Department of Correction's fully briefed Motion to Dismiss (Doc. #6) filed January 10, 2013, and good cause appearing,

**IT IS ORDERED** that Defendant Nevada Department of Correction's Motion to Dismiss ( Doc. #6) is **DENIED**.

DATED this 19th day of February, 2013.

_____
PHILIP M. PRO
United States District Judge